## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEX ALFONSO SALAVERRIA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2930** |
| **GAVIN NEWSOM, ET AL.** | **SECTION: "H"** |

## <u>ORDER</u>

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff's civil action under 42 U.S.C. § 1983 be **TRANSFERRED** to the United States District Court for the Central District of California Western Division for further proceedings.

New Orleans, Louisiana this 6th day of May, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**